# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN W. LANGLEY,

       **Plaintiff,**

v.

                              CIV No. 1:21-cv-00178-KBM

ANDREW SAUL,
**Commissioner of Social Security,**

       **Defendant.**

## STIPULATED ORDER GRANTING
## PARTIAL MOTION TO DISMISS WITH PREJUDICE

Before the Court is the parties' Stipulated Partial Motion to Dismiss with Prejudice (ECF No. 12). In consideration thereof, it is ORDERED that ¶ 8(I) of Plaintiff's Complaint be dismissed with prejudice pursuant to F.R.C.P. 12(b)(1). Paragraphs 1-7 and 8(A)-(H) remain, and must be answered by Defendant within the schedule set by this Court.

Dated this 4th day of June, 2021.

                                          _____
                                          The Honorable Karen B. Molzen
                                          United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
HELEN LAURA LOPEZ
Attorney for Plaintiff