IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN W. LANGLEY,
     Plaintiff,

vs.                                             CIV NO. 1:21-00178-DHU/SMV

KILOLO KIJAKAZI,
**Acting Commissioner Social Security,**
     Defendant.

## ORDER

Upon consideration of the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the Court finds the Motion (Dkt. No. 46) should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney fees in the amount of $6,082.20 under the Equal Access to Justice Act, 28 U.S.C. § 2412, made payable to Plaintiff as the prevailing party herein.

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), she must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

DATED this 22nd day of August 2022.

                                                        _____
                                                        **STEPHAN M. VIDMAR**
                                                        **UNITED STATES MAGISTRATE JUDGE**

SUBMITTED AND APPROVED BY:
*Electronically submitted August 19, 2022*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved August 19, 2022*
HELEN LAURA LÓPEZ
Attorney for Plaintiff